IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFOPRO GROUP, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:07-cv-15 |
| v. | ) | |
| | ) | (Judge Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests a thirty day enlargement of time, to and including April 12, 2007, to file a response to the complaint. Defendant's response is currently due on March 13, 2007. This is defendant's first request for an enlargement for this purpose. Defendant has consulted with counsel for the plaintiff and counsel for the plaintiff has represented that the plaintiff does not oppose this request for an enlargement of time.

Defendant has sent the Department of Veterans Affairs ("VA") a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. Additional time is needed for the VA to investigate the allegations made in the complaint and to prepare a litigation report and a suggested response to the complaint. Defendant's counsel will require additional time to study the litigation report, its supporting documentation, and the suggested response to the complaint, to consult with agency counsel and other Government attorneys, and to prepare and file the Government's response to the complaint, following mandatory supervisory review.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for enlargement of time of thirty days, to and including April 12, 2007, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0315
Fax: (202) 514-8624

March 9, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Robert C. Bigler