# In the United States Court of Federal Claims

| | | |
|---|---|---|
| INFOPRO GROUP, INC., *Plaintiff,* | | Case No. 07-15C |
| v. | | Senior Judge Smith |
| THE UNITED STATES, *Defendant.* | | Filed: April 11, 2007 |

**ORDER**

The Court hereby GRANTS Defendant's Second Unopposed Motion for Enlargement of Time. Defendant's response to Plaintiff's complaint shall be filed and served on or before May 11, 2007.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE