# Defendant's Appendix

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFOPRO GROUP, INC. | ) | |
| Plaintiff | ) | |
| v. | ) | NO. 07-15C |
| THE UNITED STATES | ) | |
| Defendant | ) | |

DECLARATION OF CARL SCOTT

Pursuant to the authority of 28 U.S.C. § 1746, I make the following declaration:

1. I am a criminal investigator employed by the Department of Veterans Affairs (VA), Office of Inspector General (OIG). The jurisdiction of the VA OIG includes criminal matters related to the programs and operations of VA.

2. As part of my official duties, I am currently involved in a criminal investigation of InfoPro. InfoPro provides medical transcription services to various VA hospitals and medical centers throughout the United States.

3. InfoPro has had contracts with individual VA medical centers, some of which have expired and some of which are current. InfoPro also has contracts with VA hospital networks, know as VISN's (Veterans Integrated Service Networks).

4. The criminal investigation is focused on whether InfoPro has improperly overbilled VA for its services by inflating its count of lines of transcription and, as a result, billing VA for more lines than allowed by the contract.

5. It is expected that a decision will be made in the summer of 2007 whether to pursue criminal charges against InfoPro.

6. Regardless of the outcome of the criminal investigation, evidence regarding overbilling and improper billing by InfoPro to the VA may also be referred for civil action.

7. I declare under the penalty of perjury that the foregoing is true and correct.

Carl Scott

5/10/07
Date