IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFOPRO GROUP, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | NO. 07-15C (Judge Smith) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO SUSPEND PROCEEDINGS**

**COMES NOW** Plaintiff InfoPro Group, Inc. ("InfoPro") and hereby responds to Defendant's Motion to Suspend Proceedings by stating that it sees no relation between the investigation by the Department of Veterans Affairs Office of Inspector General into allegations raised in 2003 and Contract No. V259P-0047 that forms the basis of InfoPro's Complaint. Notwithstanding the foregoing, InfoPro does not oppose Defendant's Motion to Suspend Proceedings at this time.

This 23d day of May, 2007.

ALSTON & BIRD LLP

Jeffrey A. Belkin
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)

*Attorney for InfoPro Group, Inc.*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFOPRO GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07-15C |
| | ) | (Judge Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing Plaintiff's Response to Defendant's Motion to Suspend Proceedings was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

This 23d day of May, 2007.

Jeffrey A. Belkin