# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
INFOPRO GROUP, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 07-15C

Senior Judge Smith

Filed: May 24, 2007

**ORDER**

The Court hereby **GRANTS** Defendant's Motion to Suspend Proceedings. The case is hereby **STAYED** for six months pending the criminal investigation. The parties shall file a status report at the expiration of the six months on November 26, 2007 or at the time the criminal investigation is complete, whichever date comes first.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE