IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFOPRO GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-15C |
| v. | ) | |
| | ) | (Judge Smith) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order of May 24, 2007, the parties file this joint status report. On May 24, 2007, the Court granted the defendant's motion to suspend proceedings "for six months pending the criminal investigation" of plaintiff Infopro Group, Inc. Currently, the investigation is proceeding and the Government expects that a decision as to whether to proceed with criminal charges will be made at the end of February, 2008. Therefore, defendant requests that these proceedings remain stayed until the criminal investigation is completed. Plaintiff does not oppose an order continuing the stay in this matter for an additional four months, through March 24, 2008. For the reasons stated previously, plaintiff does however oppose an unlimited extension as requested by defendant, and reserves the right to object to any future requests for a stay beyond the consented-to four months. Plaintiff further is willing to submit a brief on the issue of an extension beyond four months, if the Court determines such briefing is necessary.

Respectfully submitted,

s/ Jeffrey A. Belkin
JEFFREY A. BELKIN
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tele: (404) 881-7388
Fax: (404) 881-7777

Attorneys for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0315
Fax: (202) 514-8624

Attorneys for Defendant

November 26, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Robert C. Bigler