# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
INFOPRO GROUP, INC., *
*
*Plaintiff,* *
* Case No. 07-15C
v. *
* Senior Judge Smith
THE UNITED STATES, *
* Filed: November 27, 2007
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on November 26, 2007, the Court hereby **CONTINUES** the **STAY** in this matter for an addition four months pending the criminal investigation. The parties are **DIRECTED** to file a status report at the expiration of the four months, on March 24, 2008. In the event the Plaintiff and Defendant cannot agree as to whether the stay shall be continued at that time, the parties shall be granted the opportunity to brief the matter and the parties shall propose a briefing schedule in their status report.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE