IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFOPRO GROUP | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07-15C |
| | ) | |
| v. | ) | (Judge Smith) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order of November 27, 2007, the parties file this joint status report. On November 27, 2007, the Court granted the defendant's motion to suspend proceedings "for an additional four months pending the criminal investigation" of plaintiff Infopro Group, Inc. At the time, the Government represented that it expected that a decision as to whether to proceed with criminal charges would be made at the end of February, 2008. The Parties cannot agree to further extend the stay and propose that the Government file a brief setting forth its arguments for a continuation of the stay by April 7, 2008, Plaintiff will respond to that brief by April 17, 2008, and the Government shall file its reply by May 9, 2008.

Respectfully submitted,

s/ Jeffrey A. Belkin
JEFFREY A. BELKIN
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tele: (404) 881-7388
Fax: (404) 881-7777

Attorneys for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classificaton Unit
8th Floor
Washington D.C. 20530
Tele: (202) 307-0315
Fax: (202) 251-8624

March 24, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent ot all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Robert C. Bigler