# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
INFOPRO GROUP, INC., *

*Plaintiff,* *

v. *

THE UNITED STATES, *

*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 07-15C

Senior Judge Smith

Filed: March 26, 2008

**ORDER**

Pursuant to the Joint Status Report filed on March 24, 2008, the Court hereby **DIRECTS** the Defendant to file a brief setting forth its arguments for a continuation of the stay by April 7, 2008. Pl**a**intiff shall file its response on or before April 17, 2008 and Defendant shall file its reply by May 9, 2008. The Court shall schedule oral argument after briefing is complete. The STAY shall remain in place during this time.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE