IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFOPRO GROUP, INC.<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant | ) ) ) ) ) ) ) ) ) ) | NO. 07-15C |

DECLARATION OF CARL SCOTT

Pursuant to the authority of 28 U.S.C. § 1746, I make the following declaration:

1. My name is Carl Scott and I am employed by the Department of Veterans Affairs (VA), Office of Inspector General (OIG). My job title is Special Agent and I am a criminal investigator assigned to the VAOIG's Office of Investigations, Atlanta Resident Agency.

2. I am the lead investigator on the VA OIG's criminal investigation of InfoPro Group, Inc. (InfoPro). InfoPro is alleged to have committed possible criminal acts in connection with its billing practices in connection with medical transcription services provided by InfoPro to several VA Medical Centers.

3. In the course of the investigation of InfoPro, the evidence collected has included voluminous documents and information from InfoPro as well as contracts, invoices, and medical transcripts provided to VA Medical Centers by InfoPro.

4. The United States Attorney's Office for the Southern District of Georgia has been monitoring and directing the criminal investigation.

5. Recently, additional data has been obtained from VA facilities that used InfoPro as a contractor. Analysis of that data is currently being conducted by the contractor retained by the Government to provide audit services in connection with the investigation of InfoPro.

6. In addition, other information obtained in the course of the investigation is also undergoing independent analysis to determine whether additional individuals or entities should be considered subjects of the investigation. These investigative leads must be analyzed thoroughly to properly evaluate whether, and to what extent, the actions and conduct of InfoPro and others may constitute criminal behavior.

7. Based on the amount of investigative work to be done, it is expected that four months will be sufficient to complete the criminal investigation to the point that a decision of whether to file criminal charges may be made.

I verify that the foregoing statement is true and correct to the best of my knowledge, information and belief.

CARL SCOTT

4/1/08
DATE