# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
INFOPRO GROUP, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 07-15C

Senior Judge Smith

Filed: May 7, 2008

**ORDER**

The Court hereby **SCHEDULES** oral argument on Defendant's Motion to Continue Stay and Plaintiff's response on Thursday, May 22, 2008 at 3:30 p.m. by telephone.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE