IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFOPRO GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-15C |
| v. | ) | |
| | ) | (Judge Smith) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

WITHDRAWAL OF DEFENDANT'S MOTION FOR STAY

Defendant, the United States, hereby respectfully requests that it be allowed to withdraw its motion to continue the stay of proceedings filed on April 7, 2008. In addition, the parties have agreed that the defendant shall respond to plaintiff's complaint by June 13, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0315
Fax: (202) 514-8624

May 9, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May 2008, a copy of the foregoing "WITHDRAWAL OF DEFENDANT'S MOTION FOR STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Robert C. Bigler