# In the United States Court of Federal Claims

| | | |
|---|---|---|
| INFOPRO GROUP, INC., | * | |
| *Plaintiff,* | * | Case No. 07-15C |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, | * | Filed: May 15, 2008 |
| *Defendant.* | * | |

**ORDER**

The Court hereby **GRANTS** Defendant's Motion to Withdraw Motion for Stay. Oral argument previously scheduled for Thursday, May 22, 2008 is **CANCELED**. Defendant's response to Plaintiff's complaint shall be filed and served on or before June 13, 2008.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE